**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01650-JLK

JENA VAVRIK,

    Plaintiff,

v.

ENCORE RECEIVABLE MANAGEMENT, INC., a Kansas corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (doc. #3), filed October 31, 2007.  It is, therefore

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney fees and costs.

BY THE COURT:

November 1, 2007    ***S/John L. Kane***
DATE    U.S. DISTRICT JUDGE